918 A.2d 594

IN THE MATTER OF GLENN R. GRONLUND, AN ATTORNEY
AT LAW (ATTORNEY NO. 017971974).

March 21, 2007.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–317, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f)(default by respondent), that **GLENN R. GRONLUND** of **PLEASANTVILLE**, who was admitted to the bar of this State in 1974, and who thereafter was transferred to disability inactive status by Order of the Court filed on June 5, 2006, should be disbarred for violating *RPC* 1.15 (knowing misappropriation of client trust funds), *RPC* 8.1(b)(failure to cooperate with disciplinary authorities) and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation);

And **GLENN R. GRONLUND** having failed to appear on the Order to Show Cause issued in this matter;

And good cause appearing;

It is ORDERED that **GLENN R. GRONLUND** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **GLENN R. GRONLUND** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **GLENN R. GRONLUND** pursuant to *Rule* 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.